STATE OF CONNECTICUT *v.* EFRAIN VILLANUEVA

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 457 (AC 15112), is denied.

*Norman A. Pattis*, special public defender, in support of the petition.

*John A. East III*, assistant state's attorney, in opposition.

Decided April 24, 1997

STATE OF CONNECTICUT *v.* ALPHONSO VEGA

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 499 (AC 14797), is denied.

*Michael L. Moskowitz*, special public defender, in support of the petition.

*Mary H. Lesser*, assistant state's attorney, in opposition.

Decided April 24, 1997

STATE OF CONNECTICUT *v.* ANTHONY OLIPHANT

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 909 (AC 14932), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Paul R. Kraus*, special public defender, in support of the petition.